UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA
PLAINTIFF,

vs.

SCOTT WILLIAM SUTHERLAND, ET. AL.
DEFENDANTS.
_____/

HON. ROBERT H. CLELAND

CASE #: 11-20129

UNITED STATES OF AMERICA
PLAINTIFF,

vs.

JEFF GARVIN SMITH, ET. AL.
DEFENDANTS.
_____/

CASE #: 11-20066

### NOTICE OF JOINDER BY GROUP 3

Defendants Smiley Villa (D-18), Sylvester Warsaw (D-21), Scott Perkins (D-24), Clifford Rhodes (D-25), Christopher Cook (D-27), Jason Cook (D-31), Salvatore Battaglia (D-33) and Wayne Werth (D-35), through their respective counsel, join in:

1. Docket Entry #752: Defendant Scott Sutherland's *Motion for Government Agents and Law Enforcement Agents to Retain Rough Notes and for Production Before Trial*;.

2. Docket Entry #753: Defendant Scott Sutherland's *Motion for Written Proffer and Hearing on Admissibility of Co-Conspirator's Statements under FRE 801(d)*;

3. Docket Entry #754: Scott Sutherland's *Motion for Witness List*;

4. Docket Entry #755: Defendant Scott Sutherland's *Motion for Bill of Particulars*;

5. Docket Entry #757: Defendant Scott Sutherland's *Motion for Early Production of Jencks Material (18 USC §3500)*;

6. Docket Entry #758: Defendant Scott Sutherland's *Motion for Pretrial Disclosure of All Evidence Which the Government Intends to Offer Pursuant to FRE 404(b)*;

7. Docket Entry #760: Defendant Scott Sutherland's *Motion to Reveal Identity of Informants and Contents of Deals*;

8. Docket Entry #761: Defendant Scott Sutherland's *Motion to Produce all Co-Defendant's Statements that the Government Intends Offering in Evidence*;

9. Docket Entry #764: Defendant Scott Sutherland's *Motion for Order of Disclosure of Expert Witness Testimony*;

10. Docket Entry #765: Defendant Scott Sutherland's *Motion to Compel Compliance with Standard Order of Discovery, FRCrP 16 and to Produce Giglio and Brady Material Before Trial*;

11. Docket Entry #766: Defendant Scott Sutherland's *Notice of Reservation of Right to Object to Foundation for Exhibits, Chain of Custody and Scientific Analysis*;

Respectfully Submitted,

s/Margaret Sind Raben
Counsel for Scott Perkins, D-24
Gurewitz & Raben, PLC
333 W. Fort Street, 11th floor
Detroit, MI 48226
(313) 628-4708
Email:  msraben@aol.com
Attorney Bar Number: P39243

s/David Cripps w/permission
Counsel for Sylvester Wesaw, D-21
Law Office of Cripps & Silver
431 Gratiot Ave
Detroit, MI  48226
(313) 963-0210
Email: david.cripps@sbcglobal.net
Attorney Bar Number: P34972

s/Richard H. Morgan w/permission
Counsel for Smiley Villa, D-18
Law Office of Richard H. Morgan Jr PC
485 Orchard Lake Rd Ste 203
Pontiac, MI  48341
(248) 334-8970
Email: rhm_jr@msn.com
Attorney Bar Number: P23924

s/Edward Wishnow w/permission
Counsel for Clifford Rhodes, D-25
240 Daines St
Birmingham, MI  48009
(248) 258-1991
Email: edwishnow@aol.com
Attorney Bar Number: P22472

| | |
|---|---|
| s/Jeffrey Butler w/permission<br>Counsel for Christopher Cook, D-27<br>540 Longpointe Dr<br>Lake Orion, MI  48362<br>(248) 770-3847<br>Email: jeffb507@aol.com<br>Attorney Bar Number: P25348 | s/Martin E. Crandall w/permission<br>Counsel for Salvatore Battaglia, D-33<br>Clark Hill PLC<br>500 Woodward Ave, Suite 3500<br>Detroit, MI 48226<br>Email: mcrandall@clarkhill.com<br>Attorney Bar Number: P26824 |
| s/Steven J. Jacobs w/permission<br>Counsel for Jason Cook, D-31<br>Jacobs Law Office<br>45 N. Tuscola Road<br>Bay City, MI 48708<br>(989) 892-8611<br>Email: jacobslawoffice@sbcglobal.net<br>Attorney Bar Number: P35020 | s/Jeffrey M. Day w/permission<br>Counsel for Wayne Werth, D-35<br>Gorte & Day<br>918 N. Water Street<br>Bay City, MI 48708<br>(989) 894-5670<br>Email: jeffreymday@hotmail.com<br>Attorney Bar Number: P55472 |

### CERTIFICATE OF SERVICE

I hereby certify that on May 27, 2014, I electronically filed the foregoing paper with the Clerk of the Court using the ECF system which will send notification of such filing to all parties of record.

> s/Margaret Sind Raben (P39243)
> Gurewitz & Raben, PLC
> 333 W. Fort Street, Suite 1100
> Detroit, MI 48226
> (313) 628-4708
> email: msraben@aol.com