IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

     Plaintiff,                 Case No.:  11CR20129

vs.                      HONORABLE ROBERT H. CLELAND

D-18  SMILEY VILLA,

     Defendant.

_____/

## *ORDER GRANTING DEFENSE PARALEGAL, WILLIAM W. SWOR, II, TO VISIT, DEFENDANT SMILEY VILLA, IN THE UNITED STATES BUREAU OF PRISONS*

**IT IS HEREBY ORDERED** that William W. Swor, II, the Paralegal in the instant matter, shall be allowed to accompany Attorney, Richard H. Morgan, Jr., into the prison at FCI Milan to visit the Defendant, Smiley Villa, to assist in fact investigations.

IT IS SO ORDERED.

                  s/Robert H. Cleland
                  ROBERT H. CLELAND
                  UNITED STATES DISTRICT JUDGE

Dated: May 28, 2014

I hereby certify that a copy of the foregoing document was mailed to counsel of record on this date, May 28, 2014, by electronic and/or ordinary mail.

2

                                        s/Lisa Wagner
                                     Case Manager and Deputy Clerk
                                         (313) 234-5522

3

_____
HONORABLE ROBERT H. CLELAND
UNITED STATES DISTRICT JUDGE