UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN


United States of America,

                    Plaintiff,

v.                                              Case No. 2:11–cr–20129–RHC–MAR
                                                Hon. Robert H. Cleland

Smiley Villa, et al.,

                    Defendant(s),

_____

**NOTICE TO APPEAR**

   The following defendant(s) are hereby notified to appear:  Smiley Villa

   The defendant(s) shall appear before District Judge Robert H. Cleland at the United States District Court, Theodore Levin U.S. Courthouse, 231 W. Lafayette Boulevard, Room 712, Detroit, Michigan, for the following proceeding(s):

   • PRETRIAL CONFERENCE:  September 2, 2014 at 10:30 AM


**Certificate of Service**

   I hereby certify that this Notice was electronically filed, and the parties and/or counsel of record were served.

                                        By: s/L. Wagner_____
                                              Case Manager

Dated:  August 14, 2014