UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

---

UNITED STATES OF AMERICA,

        Plaintiff,

   v.

D-9/D-3  MICHAEL MASTROMATTEO
D-10/D-4 VERNON NELSON RICH
D-11   JOHN RENNY RIEDE
D-12/D-6 VICTOR CARLOS CASTANO
D-14   MICHAEL KENNETH RICH
D-15   RAYMOND CHARLES MELIOLI
D-16   TIMOTHY PAUL DOWNS
D-18   SMILEY VILLA
D-19/D-11 DEAN EDWARD JAKIEL
D-20   TONY WAYNE KITCHENS
D-21   SLYVESTER GERARD WESAW
D-25   CLIFFORD CHANSEL RHODES, II
D-26   DAVID ROY DELONG
D-27   CHRISTOPHER RAYMOND COOK
D-28   MICHAEL JOHN PALAZZOLA
D-33   SALVATORE BATTAGLIA
D-35   WAYNE RUSSELL WERTH

        Defendants.

Case No. 11-20129
Case No. 11-20066

HON.  ROBERT H. CLELAND

_____/

**STIPULATION AND ORDER EXCLUDING TIME FOR SPEEDY TRIAL PURPOSES**

Through their respective counsel, excepting D-11 JOHN RENNY RIEDE, D-12/D-6 VICTOR CARLOS CASTANO, D-28 MICHAEL JOHN PALAZZOLA, and D-33 SALVATORE BATTAGLIA, who have as yet not replied to the government's request for concurrence, the parties, stipulate and agree that a trial in this matter be scheduled in **April 27, 2015** due to: (1) the Government and the Court resume trial for defendants in Trial Group 1: SUTHERLAND, MCKEOUN, SMITH, DARRAH, VANDIVER, WITORT and

DROZDOWSKI on October 14, 2014, and Trial Group 1's trial is expected to last until at least January 2015 or longer; (2) the complexity of the related criminal matters, (3) the large number of Defendants, and (4) the volume of discovery, the parties agree that all of the time between October 6, 2014 and April 27, 2015, shall constitute excludable delay pursuant to 18 U.S.C. § 3161(h)(1)(D) & (H), §3161 (h)(7)(B)(ii).  The parties further agree that the ends of justice served by this delay outweigh the best interests of the defendants and the public in a speedy trial pursuant to 18 U.S.C. § 3161(h)(7)(A).

**IT IS SO STIPULATED**.

BARBARA L. McQUADE
United States Attorney

| | |
|---|---|
| s/Saima Mohsin (P#73990)<br>Assistant U.S. Attorney<br>211 W. Fort Street, Ste. 2001<br>Detroit, MI  48226<br>saima.mohsin@usdoj.gov<br>(313) 226-9163 | s/Arthur J. Weiss<br>Counsel for Dean Edward Jakiel<br>30445 Northwestern Highway, Suite 225<br>Farmington Hills, Michigan 48334-3158<br>arthurweiss@ajweisslaw.com<br>(248) 855-5888 |
| s/Eric Straus (P#38266)<br>Assistant U.S. Attorney<br>211 W. Fort Street, Ste. 2001<br>Detroit, MI 48226<br>eric.straus@usdoj.gov<br>(313) 226-9648 | s/Thomas W. Jakuc<br>Counsel for Tony Wayne Kitchens<br>Thomas Legal Centers PC<br>28800 Van Dyke Avenue, Suite 102<br>Warren, MI  48093<br>thomasjakuc@sbcglobal.net<br>(586) 573-2694 |
| s/Jerome M. Maiatico<br>Trial Attorney<br>U.S. Department of Justice<br>1301 New York Avenue, N.W., Room 703<br>Washington, D.C. 20530<br>Jerome.Maiatico@usdoj.gov<br>(202) 615-8125 | s/David R. Cripps<br>Counsel for Sylvester Wesaw<br>431 Gratiot<br>Detroit, Michigan 48226<br>david.cripps@sbcglobal.net<br>(313) 963-0210 |
| s/Christopher Seikaly<br>Counsel for Michael Mastromatteo<br>24359 Northwestern Highway, Suite 200<br>Southfield, MI 48075<br>cseikaly@ameritech.net<br>(248) 948-1900 | s/Edward Wishnow<br>Counsel for Cliff Chansel Rhodes, II<br>240 Daines<br>Birmingham, Michigan 48009-6241<br>edwishnow@aol.com<br>(248) 258-1991 |
| s/Juan A. Mateo, Jr.<br>Counsel for Vernon Nelson Rich<br>535 Griswold, Suite 1030<br>Detroit, MI 48226 | s/Donald W. Ferris, Jr.<br>Counsel for David Delong<br>Ferris & Salter<br>4158 Washtenaw Avenue |

| | |
|---|---|
| mateoja@aol.com<br>(313) 962-3500 | Ann Arbor, Michigan 48108<br>dferrissalt@aol.com<br>(734) 677-2020 |
| s/Robert M. Morgan<br>Counsel for Michael Kenneth Rich<br>615 Griswold Street, Suite 1125<br>Detroit, Michigan 48226<br>morgancrdefense@ameritech.net<br>(313) 961-7070 | s/Jeffrey Butler<br>Counsel for Christopher Cook<br>540 Longpointe<br>Lake Orion, MI 48362<br>Jeffb507@aol.com<br>(248) 770-3847 |
| s/Claude F. Beavers<br>Counsel for Raymond Melioli<br>C.T. Beavers & Associates, PLLC<br>906 West Eleven Mile Road<br>Madison Heights, MI 48071<br>ctbeavers10@gmail.com<br>(248) 547-7042 | Jeffrey M. Day<br>Counsel for Wayne Werth<br>Gorte & Day<br>918 N. Water Street<br>Bay City, MI 48708<br>jeffreymday@hotmail.com<br>(989) 894-5670 |
| s/Joseph A. Niskar<br>Counsel for Timothy Downs<br>23023 Orchard Lake Road, Suite A-1<br>Farmington, MI 48336<br>niskarlaw@gmail.com<br>(248) 941-4287 | s/Richard H. Morgan, Jr.<br>Counsel for Smiley Villa<br>485 Orchard Lake Road, Suite 203<br>Pontiac, MI 48341<br>Rhm_jr@msn.com<br>(248) 334-8970 |

Dated: October 6, 2014

       **IT IS SO ORDERED**.

                                        s/Robert H. Cleland<br>                                        HONORABLE ROBERT H. CLELAND<br>                                        United States District Judge

Entered: October 7, 2014